**STATE of Missouri, Respondent,**

v.

**William HARPER, Appellant.**

**No. 53884.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 14, 1989.

Herbert D. Schaeffer, Clayton, for appellant.

George R. "Buzz" Westfall, Clayton, for respondent.

## ORDER

PER CURIAM.

In this bench tried case, defendant was convicted of a Class "B" misdemeanor of driving while intoxicated in violation of § 577.010, RSMo 1986.

No jurisprudential purpose would be served by a written opinion. Rule 30.25(b). However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed.